# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.H., a minor, by and through her natural parent and guardian, ROBERT HUNT,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, WENDY'S INTERNATIONAL, LLC, QUALITY IS OUR RECIPE, LLC, QUALITY SERVED FAST, INC., and MICHAEL LAMBERT,<br><br>　　　Defendants. | NO. 3:18-CV-0485<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 22nd day of August, 2018, **IT IS HEREBY ORDERED** that the Motion to Dismiss Amended Complaint Under Rule 12(b)(6) (Doc. 20) filed by the Wendy's Company, Wendy's Restaurants, LLC, Wendy's International, LLC, and Quality Is Our Recipe, LLC is **DENIED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge